IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-051-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ALBERTO GASCA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) filed by Mark P. Foster, Jr., concerning Mark Steven Ravis on October 9, 2014. Mr. Mark Steven Ravis seeks to appear as counsel *pro hac vice* for Defendant Alberto Gasca. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED.** Mr. Mark Steven Ravis is hereby admitted *pro hac vice* to represent Defendant Alberto Gasca.

**SO ORDERED**.

Signed: October 9, 2014

David C. Keesler
United States Magistrate Judge